UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Wyndham Vacation Resorts, Inc. et al., | ) |
| | ) |
| Movant(s), | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-01453 UNA |
| | ) |
| Square One Development Group Inc. et al., | ) |
| | ) |
| Respondent(s). | ) |

## ORDER

The above styled and numbered case was filed on December 10, 2021, and opened as a new civil proceeding with a civil case number.

After a review of the case, it was determined that the case should have been opened as a miscellaneous proceeding and assigned a miscellaneous case number.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is opened as a miscellaneous proceeding and randomly assigned to the Honorable Henry E. Autrey, United States District Judge, under cause number 4:21-mc-01107 HEA.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01453 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 13, 2021                         By: /s/ Michele Crayton
                                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 4:21-mc-01107 HEA.**